UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

_____ DIVISION

CIVIL COMPLAINT

Gregory C Rollins )
_____ )
_____ )
Enter above the full name of Plaintiff or Plaintiffs in this action )
 )  07-0821-CV-W-GAF
vs. )  CASE NO. _____
 )
God )
_____ )
_____ )
_____ )
Enter above the full name of Defendant or Defendants in this action )

I.  **Parties to this Civil Action**

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on back side of this sheet.)

   A. Name of Plaintiff  Gregory C Rollins

      Address  3304 Colorado
               KC MO 64128

   B. Name of Defendant(s) -  God

_____
_____
_____

II.  **Statement of Claim**

(State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of **related** claims, number and set forth each claim in a separate paragraph. [Use as much space as you need to state the facts. Attach extra sheets if necessary.] Unrelated separate claims should be raised in separate civil actions.)

WAS NOT made right

III. **Relief**

State briefly exactly what you want the Court to do for you.

Grant me one Trillion Dollars in Damages

Make no legal arguments. Cite no cases or statutes.

IV. **Do you claim the wrongs alleged in your complaint are continuing to occur at the present time?**

Yes ☒    No ☐

V. **Do you claim actual or punitive monetary damages for the acts alleged in your complaint?**

Yes ☒    No ☐

If you answered yes, state the amounts claimed and the **reasons** you claim you are entitled to recover money damages

One Trillion Dollars for Brain Damage

VI. **Counsel**

Do you have an attorney to represent you in this civil action?

Yes ☐    No ☒

A. Have you made any effort to contact a private attorney to determine if he or she would represent you in this civil action?

Yes ☐    No ☒

B. If you answered yes, state the names and addresses of the attorneys contacted, and give the results of those efforts.

C.  If you answered no, state your reasons why no such efforts have been made.

_Cannot Afford An Attorney_

VII. **Administrative Procedures**

A.  Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?

Yes ☐    No ☑

B.  If you answered yes, state the date your claims were presented, how they were presented, and the result of that procedure.

C.  If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures.

_Don't Know where to Go_

Signed this 29th day of Oct, 20 07

_Sujoy Chall_
Signature of Plaintiff or Plaintiffs