# CIVIL COVER SHEET

JS 44 (WDMO Rev. 1/05)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

JACKSON

(b) County of Residence of First Listed Plaintiff

(c) Attorney's (Firm Name, Address, and Telephone Number)

**DEFENDANTS**

HEAVEN

County of Residence of First Listed Defendant

07-0821-CV-W-GAF

(d) Does this case seek a declaratory judgment that a Missouri statute, rule or regulation is unconstitutional on its face or seek to enjoin the enforcement of a rule or regulation as to all persons because it is unconstitutional on its face? ☐ Yes

NOTE: Do not include cases that only allege that the State of Missouri or any of its agencies have acted unconstitutionally or petitions or complaints filed by persons confined in federal, state, county or municipal penal institutions, jail or mental institution.

## I. BASIS OF JURISDICTION

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☒ 3 Foreign Nation | | ☐ 6 | ☐ 6 |

## V. NATURE OF SUIT

[checkbox list — not marked in detail]
☒ 342 Personal Injury - Med. Malpractice

## VI. ORIGIN

☒ 1 Original Proceeding

## VI. CAUSE OF ACTION

Brief description of cause: HAVE Schizophrenia AND other problems caused by God

## VII. REQUESTED IN COMPLAINT:

DEMAND $ ONE Trillion Dollars

JURY DEMAND: ☐ Yes ☐ No

DATE 10-29-07

**IMPORTANT** - The submission of this Civil Cover Sheet does not constitute the filing of your complaint.