UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

_Gregory C Rollins_
Plaintiff

vs.

_God_
Defendant

Case No. 07-0821-CV-W-GAF

## AFFIDAVIT OF FINANCIAL STATUS

I, _Gregory Rollins_, declare that I am the plaintiff in this case, that because of my poverty I am unable to pay the costs of these proceedings, and that I believe I am entitled to relief.

I further swear that the responses which I have made to the questions below and the information I have given relating to my ability to pay the costs of commencing and prosecuting this action are true.

I. **MARITAL STATUS AND PERSONAL DATA**

A. Single: ✓  Married: __  Separated: __  Divorced: __

B. Name of Spouse _____

C. Age of plaintiff, petitioner or complainant: _50_

D. Age of spouse: _____

E. Address of plaintiff, petitioner or complainant: _3304 Colorado KC Mo 64128_

Telephone: _____

F. Address of spouse: _____

Telephone: _____

G.  State name or names of dependents who live with you, their age, address, relationship, and how much of their monthly support you provide: (use only initials for minors)

_____

_____

II. **EMPLOYMENT**

A.  Name of employer: _N/A_____

Address of employer:_____

Employer's telephone:_____ Length of employment:_____

Job title or description:_____

Net Income:        Monthly $_____        Weekly $_____

Gross Income:      Monthly $_____        Weekly $_____

Does employer provide health insurance:   Yes____  No____

If employer provides health insurance, describe coverage:_____

_____

_____

B.  Previous employment (Answer only if presently unemployed).
Name of employer: _Tee Fey Flowers_
Address of employer: _7811 Troost KC mo_
Employer's telephone: _444-7702_ Length of employment: _3 months_
Job title or description: _Delivery_
Net Income:     Monthly $ _460_     Weekly $ _132_
Gross Income:   Monthly $ _512_     Weekly $ _170_

C.  Employment of spouse:

Name of employer:_____

Address of employer:_____

Employer's telephone:_____ Length of employment:_____

Job title or description:_____

Net Income:        Monthly $_____     Weekly $_____

Gross Income:      Monthly $_____     Weekly $_____

### III. FINANCIAL STATUS
(Answer questions on behalf of both the plaintiff, petitioner or complainant and spouse).

    A.    Owner of real property?    Yes___    No ✓

If yes - Description:_____

Address:_____

In whose name?_____

Estimated value:_____

Total amount owed:_____

Owed to:_____

Annual income from property:_____

    B.    Owner of automobile:    Yes___    No ✓

If yes - Number of automobiles owned:_____

Make_____ Model_____ Year_____

Make_____ Model_____ Year_____

In whose name registered?_____

Present value:_____

Amount owed on the automobile(s):_____

Owed to:_____

Monthly payment(s):_____

C. Cash on hand: (Include checking and savings accounts)

$ 3.00

List names and addresses of banks and associations: _____

State last four digits of account numbers: _____

_____

D. Have you received within the past 12 months any money from any of the following sources:

|  | Yes | No |
|---|---|---|
| Rent payments, interest or dividends: | — | ✓ |
| Pensions, trust funds, annuities or life insurance payments? | — | ✓ |
| Gifts or inheritances? | — | ✓ |
| Welfare payments? | — | ✓ |
| ADC or other governmental child support? | — | ✓ |
| Unemployment benefits? | — | ✓ |
| Social Security benefits? | — | ✓ |
| Other sources? | ✓ | — |

E. If the answer to any item in D above was "Yes", describe each source of money and state the amount received from each during the past 12 months:

KC Housing Authority
$466-w for utilities

_____

## IV. OBLIGATIONS

A. Monthly rental on house or apartment: 132

B. Monthly mortgage payments on house: _____

Amount of equity in house: _____

C. Monthly mortgage payments on other properties: $ _____

Amount of equity in other properties: $ _____

D. Household expenses:

Monthly grocery expense: $160.00

Monthly utilities:

Gas: 35.00

Electric: 40

Water: N/A

Other: (Specify) Phone 41

E. Other debts and miscellaneous monthly expenses:

| To whom owed and for what reason incurred? | Monthly Payments | Balance Due |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

V. **OTHER INFORMATION PERTINENT TO FINANCIAL STATUS**
(Include information regarding stocks, bonds, savings bonds, either individually or jointly owned).

Not working

I understand that a false statement or answer to any question in this affidavit will subject me to penalties of perjury.

_Susan C Rollins_
Signature of Plaintiff

## VERIFICATION

State of _Missouri_ )
County of _Jackson_ )

I, being first duly sworn under oath, state that I know the contents of this affidavit and that the information contained in the affidavit is true to the best of my knowledge and belief.

_Susan C Rollins_
_____
Signature of Plaintiff or Plaintiffs

**All parties must verify**

SUBSCRIBED AND SWORN TO before me this _24_ day of _Oct_, 20 _07_

_Michelle L McDowell_
Notary Public

_4-14-08_
My Commission Expires

MICHELLE L. MCDOWELL
Clinton County
My Commission Expires
April 14, 2008

(Notary Public Seal, State of Missouri)