IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

_Gregory C. Rollins_
Plaintiff

vs.

_GOD_
Defendant

Case No. 07-0821-CV-W-GAF

APPLICATION FOR APPOINTMENT OF COUNSEL

X  I am without means to employ counsel.

I have contacted the following attorneys (at least three)

(1)  _N/A_

(2)  _____

(3)  _____

but have been unable to obtain their services.

My "Affidavit of Financial Status" is attached, or was previously filed.

_Gregory C. Rollins_
Plaintiff