IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| GREGORY C. ROLLINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 07-821-CV-W-GAF |
| | ) | |
| GOD, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Now pending before the Court are *pro se* Plaintiff Gregory C. Rollins's ("Plaintiff") Application for Leave to File Action Without Payment of Fees (Doc. #1) and Application for Appointment of Counsel. (Doc. #3). Pursuant to 28 U.S.C. § 1915(a), this Court may authorize the commencement of any suit without prepayment of fees or security when an applicant demonstrates his inability to pay such fees or security. However, § 1915(e)(2)(B) requires the Court to dismiss the case if the Court determines the action is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief.

Here, Plaintiff purports to sue "GOD" for one trillion dollars in damages because he "was not made right." (Doc. #1-2). For obvious reasons, Plaintiff's Applications are DENIED and this case is hereby DISMISSED.

**IT IS SO ORDERED.**

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: November 1, 2007